# Exhibit 4


325 E Warm Springs Road, Suite 200
Las Vegas, Nevada 89119

OFC  800 295 4790
FAX  702 853 6969

Dataxltd.com

May 24, 2018

RE: DataX Investigation Request xxx-xx-▮▮▮▮

Dear Steven:

This response is for the request for an investigation received by DataX on May 24, 2018.

At DataX we take data security very seriously. An investigation request requires that DataX verify the identity of a consumer prior to completing the request or providing information. Acceptable forms of identification are: a valid Driver's license, Passport, or State ID. In addition to proper identification, please provide your full social security number.

If you feel you may be a victim of identity theft and there are any discrepancies, please provide a copy of a police report or ID theft affidavit for us to begin the investigation process. You may also request to have a credit freeze placed on your DataX Credit Report by completing the attached Fraud Alert Freeze Form.

To address your additional questions as far as Rock Hill Consulting.

- Rock Hill Consulting is lending company.
- Why they pulled your consumer report, would be a question you would need to address with the lender. As a service provider we only provide information to lenders that inquire on consumers. We do not have insight into each lenders application process.

Please provide this information by fax at 702-853-6969, or you can mail a copy to:

*DataX Ltd.*
*325 E. Warm Springs Road, Suite 202*
*Las Vegas, NV 89119*
*Attention: Customer Service*

If you would like to obtain a free copy of your annual credit report from all 3 nationwide credit reporting bureaus, please do so at www.annualcreditreports.com. In addition, we have provided the following information for your convenience:

- **Equifax** – www.equifax.com 1-800-685-1111
- **Experian** – www.experian.com 1-888-397-3742
- **TransUnion** – www.transunion.com 1-800-916-8800
- **FTC** – www.ftc.gov 202-326-2222

If you have any additional questions or concerns, please contact the DataX Compliance Team at Compliance@DataXLTD.com.

Sincerely,

DataX Customer Service



**Request for Fraud Alert(s)/Security Freeze**

**IMPORTANT:** For security reasons, please **do not** send plain text personal information such as Social Security numbers, DOB, etc... **via email.** Please include a copy of your Driver's License.

Today's Date: _____

First Name: _____ Last Name: _____ MI: _____

Maiden Name or Other Last Names: _____

Social Security Number: ___ ___ ___ - ___ ___ - ___ ___ ___ ___ DOB: _____ / _____ / _____

Phone Number: (___ ___ ___) ___ ___ ___ - ___ ___ ___ ___

Email Address: _____

Current Address: _____

City: _____ State: _____ Zip: _____

Mailing Address (If different than current address): _____

**Addresses lived within the last 2 years:**

Address 1: _____

Address 2: _____

**To Whom It May Concern:**

I request that you immediately place the following selected alerts on my credit file:

☐ **Initial Fraud Alert** – I understand that this fraud alert will expire in 90 days.

☐ **Extended Fraud Alert** – I understand that this extended alert will communicate to potential lenders that my identity will need to be verified prior to proceeding with the loan application process. I have attached my police report or ID Theft Affidavit and this alert will remain on my credit file for the next 7 years.

☐ **Security Freeze** – I understand that a security freeze is designed to prevent credit, loans and services from being approved in my name without my consent but may also delay or interfere with or prohibit the timely approval of any subsequent requests or application I make regarding new credit, loans or services.

**Please send this form to:**
DataX Ltd.                   OR          Fax: (702) 853.6969
Attn: Customer Service                   Attn: Customer Service
325 E. Warm Springs, Suite 202
Las Vegas, NV 89119

Signature: _____ Date: _____



Request for Investigation of Consumer Credit Report

**IMPORTANT:** For security reasons, please **do not** send plain text personal information such as Social Security numbers, DOB, etc... **via email.** You must have obtained a copy of your DataX Credit Report prior to completing this form.  Please include a copy of your Driver's License.

**Once this form is completed, please mail or fax it to our office:**
DataX Ltd.                                 Fax: (702) 853.6969
Attn: Customer Service            Attn: Customer Service
325 E. Warm Springs Rd., Suite 202
Las Vegas, NV 89119

Today's Date: _____

First Name: _____ Last Name: _____ MI: _____

Maiden Name or Other Last Names: _____

Social Security Number: ___ ___ ___ - ___ ___ - ___ ___ ___ ___   DOB: _____/_____/_____

Phone Number: (___ ___ ___) ___ ___ ___ - ___ ___ ___ ___

Email Address: _____

Current Address: _____

City: _____ State: _____ Zip: _____

Mailing Address (If different than current address): _____

**Please investigate the following inaccurate item(s) within my consumer credit report:**

| Company Name: | Date of Inquiry and (or) Tradeline: | $ Amount: |
|---|---|---|
| Company Name: | Date of Inquiry and (or) Tradeline: | $ Amount: |
| Company Name: | Date of Inquiry and (or) Tradeline: | $ Amount: |

Other: _____

**The reason I disagree with the information on my credit report:**

_____ I have never applied with these companies          _____ I have filed bankruptcy

_____ I have paid the account(s) in full                          _____ My personal information is inaccurate

_____ I have never paid late                                             _____ Other (Please clarify in comment section)



Request for Investigation of Consumer Credit Report

**Additional Comments:** (Include any additional comments to clarify or support your dispute.)

_____
_____
_____
_____
_____
_____
_____

_____
_____
_____
_____
_____
_____

**Enclosures:** Please list any items that may support your dispute, for example, discharge paperwork, copy of a letter showing debt was paid, ID theft affidavit, police report, etc.

Signature: _____    Date: _____