UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**CHRISTINE GILLAM**, *et al.,*
*on behalf of themselves and all*
*Individuals similarly situated*,

      **Plaintiffs,**

v.                                            Civil Action No. 3:18cv00473-REP

**DAN KOETTING,** *et al.,*

      **Defendants.**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, Christine Gillam, Semetrica Shadwick, Steven Pike, Denis Geter, and Elwood Bumbray and Defendants, Rock Hill Consulting, LLC, Redondo Management, LLC, Green Gate Services, LLC, Clear Loan Solutions, LLC, Dan Koetting, and Mark Koetting, hereby stipulate that all of Plaintiffs' claims against the Defendants are hereby dismissed with prejudice and each party shall bear its own attorney's fees and costs.

Respectfully submitted this 17th day of December 2018.

| | |
|---|---|
| */s/Kristi C. Kelly*<br>Kristi Cahoon Kelly, Esq.<br>Virginia State Bar No. 72791<br>Andrew J. Guzzo, Esq.<br>Virginia State Bar No. 82170<br>Casey S. Nash<br>Virginia State Bar No. 84261<br>*Attorneys for Plaintiffs*<br>KELLY & CRANDALL, PLC<br>4084 University Drive, Suite 202A<br>Fairfax, VA 22030<br>Telephone: (703) 424-7572<br>Facsimile: (703) 591-0167<br>Email: kkelly@kellyandcrandall.com<br>Email: aguzzo@kellyandcrandall.com | */s/David N. Anthony*<br>David N. Anthony<br>Virginia State Bar No. 31696<br>*Counsel for Defendants*<br>TROUTMAN SANDERS LLP<br>1001 Haxall Point<br>Richmond, VA  23219<br>Telephone: (804) 697-1200<br>Facsimile: (804) 698-1339<br>Email: david.anthony@troutmansanders.com<br><br>Michael Casin Griffin<br>Bradley Arant Boult Cummings LLP (NC)<br>214 N Tryon St., Suite 3700<br>Charlotte, NC  28202<br>Telephone: (703) 338-60115<br>Facsimile: (704) 338-6091<br>Email: mgriffin@bradley.com<br><br>Sam David Smith *(admitted pro hac vice)*<br>Bradley Arant Boult Cummings LLP<br>Chase Tower<br>600 Travis Street, Suite 4800<br>Houston, TX  77002<br>Telephone: (713) 576-0307<br>Facsimile: (713) 576-0301<br>Email: sdsmith@bradley.com<br><br>*/s/Charles K. Seyfarth*<br>Charles K. Seyfarth<br>Virginia State Bar No. 88056<br>Elizabeth S. Turner<br>Virginia State Bar No. 88056<br>C. Quinn Adams<br>Virginia State Bar No. 90506<br>*Counsel for Green Gate Services, LLC and*<br>*Clear Loan Solutions, LLC*<br>O'HAGAN MEYER PLLC<br>411 East Franklin St., Suite 500<br>Richmond, VA 23219<br>Telephone: (804) 403-7137<br>Facsimile: (804) 403-7110<br>Email: cseyfarth@ohaganmeyer.com<br>Email: eturner@ohaganmeyer.com<br>Email: cadams@ohaganmeyer.com |

37226230